THE STATE OF MISSOURI, Appellant, *vs.* AMOS W. MAUPIN, Respondent.

1. See case *ante* p. 205.

*Appeal from Franklin Circuit Court.*

VORIES, Judge, delivered the opinion of the court.

This case was heard in connection with the case between the same parties, (*ante* p. 205,) decided at the present term of this court, and is in all of its material circumstances exactly like that case, and for all the reasons given in the opinion in that case the judgment is affirmed. The other judges concur.

———o———

STATE OF MISSOURI, Appellant, *vs.* AMOS W. MAUPIN, Respondent.

1. See case *ante* p. 205.

*Appeal from Franklin Circuit Court.*

VORIES, Judge, delivered the opinion of the court.

This case was submitted with another case between the same parties, decided at the present term of this court, the two cases being in all of their material circumstances exactly similar.

For the reasons given in the opinion in that case, the judgment in this case is affirmed. The other judges concur.

———o———

STATE OF MISSOURI, Appellant, *vs.* AMOS W. MAUPIN, Respondent.

1. See case *ante* p. 205.

*Appeal from Franklin Circuit Court.*

VORIES, Judge, delivered the opinion of the court.

This case was submitted with the case between the same parties (*ante* p. 205,) decided at this term of the court, and is in every essential particular, exactly similar in that case. For the reasons given in the opinion of that case the judgment is affirmed. The other judges concur.